IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **GLENN IHDE,** | * |
| | * |
| **Plaintiff,** | * |
| v. | * |
| | *   CIVIL ACTION NO. 4:15-CV-00585-ALM |
| **HME INC.,** | * |
| | * |
| **Defendant.** | * |
| | * |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY PROCEEDINGS**

Plaintiff Glenn Ihde and Defendant HME, Inc. hereby file this Joint Notice of Settlement and Motion to Stay Proceedings and in support thereof show the Court as follows:

All matters in controversy between Ihde and HME, Inc. have been settled.  The parties are in the process of finalizing the terms of a written settlement agreement in which both sides mutually agree to dismiss all claims asserted.  The parties wish to conclude the settlement without burdening the Court with any additional filings and without incurring unnecessary expense.  The parties anticipate that they will be able to finalize the written settlement agreement and submit dismissal papers within 30 days.  Accordingly, Ihde and HME, Inc. jointly and respectfully request that the Court grant a stay of the proceedings between the parties until May 9, 2018.

WHEREFORE, PREMISES CONSIDERED, Glenn Ihde and HME, Inc. respectfully request that the Court enter the proposed order submitted with this Notice as set forth above, and grant the parties such other and further relief to which they are entitled.

Respectfully submitted,

THE LAW OFFICES OF A. SCOTT CAMPBELL

      By */s/ A. Scott Campbell*
A.  Scott Campbell
State Bar No. 03692650
Aaron J. Campbell
State Bar No. 24100384
5900 S. Lake Forest Drive, Suite 200
McKinney, Texas 75070
PH:  972-984-1504
FX:  972-632-1301
scampbell@scampbellaw.com

**Counsel for Plaintiff**


By: */s/ Angela D. Caffey*    *signed by permission-kv*
Shawn W. Phelan
State Bar No. 00784758
SPhelan@thompsoncoe.com
Angela D. Caffey
State Bar No. 24062064
acaffey@thompsoncoe.com
James Earl
State Bar No. 24099133
THOMPSON, COE, COUSINS & IRONS, LLP
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
PH: 214-871-8200
FX: 214-871-8209

**Counsel for Defendant**


## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April 2018, a true and correct copy of the foregoing has been forwarded to all counsel of record in accordance with Rule 5 of the FEDERAL RULES OF CIVIL PROCEDURE.

                              */s/ A. Scott Campbell*
                              A. Scott Campbell

Shawn W. Phelan
State Bar No. 00784758
SPhelan@thompsoncoe.com
Angela D. Caffey
State Bar No. 24062064
acaffey@thompsoncoe.com
James Earl
State Bar No. 24099133
THOMPSON, COE, COUSINS & IRONS, LLP
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
PH: 214-871-8200
FX: 214-871-8209

**Counsel for Defendant**