UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GLENN IHDE, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. 4:15-CV-00585-CAN |
| § | |
| HME, INC., § | |
| § | |
| Defendant. § | |

## AGREED ORDER ON MOTION FOR VOLUNTARY DISMISSAL

After considering the Joint Motion for Voluntary Dismissal filed by Defendant HME, Inc. ("HME") and Glenn Ihde ("Ihde"), the Court GRANTS the motion and dismisses Plaintiff's claims against Defendant HME with prejudice, dismisses Defendant's claims against Ihde with prejudice, and with Plaintiff and HME to each bear their respective costs and fees.

**IT IS ORDERED** that Plaintiff's claims against Defendant HME are dismissed with prejudice.

**IT IS ORDERED** that Defendant's claims against Plaintiff Ihde are dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff and Defendant shall each bear their respective costs and fees.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this 1st day of June, 2018.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE